**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GREGORY JOHNSON** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 24-961** |
| | : | |
| **MAZADA, LLC** | : | |

## ORDER

This 6th day of November, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 10) is **GRANTED.** The Clerk of Court is requested to mark this case **CLOSED.**

      /s/ Gerald Austin McHugh
United States District Judge